ACCEPTED
15-24-00024-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 1:32 AM
CHRISTOPHER A. PRINE
CLERK

# Exhibit E (Amended)

## Proof of Sovereignty

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

4/7/2025 1:32:01 AM
CHRISTOPHER A. PRINE
Clerk

**Exhibit E (A & B)**

A. Certificate from the Texas Secretary of State for Plaintiff's political party "The Federal Exit Party" proving caveat.

B. Plaintiff's new book titled Max-Well {Quantum Governance} that has been linked to in digital formate at our website for run by Wix.com at ExitFederal.org.

# Exhibit E - A

- TX SOS Certificate for The Federal Exit Party


# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

The Federal Exit Party
804976665

[formerly: The Exit Party (of Secession)]

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Amendment for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 08/13/2024

Effective: 08/13/2024



Jane Nelson
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: Annie Cooper

Fax: (512) 463-5709
TID: 10303

Dial: 7-1-1 for Relay Services
Document: 1392021540002

# Exhibit E - B

- Digital link to document <u>Max-Well {Quantum Governance}</u>:

exitfederal.org/post/max-well-quantum-governance

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99331565
Filing Code Description: Exhibits - Exempt
Filing Description: Exhibit E (Amended) - Proof of Sovereignty
Status as of 4/7/2025 7:12 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rebecca Kaluhiokalani | | rebecca.kaluhiokalani@oag.texas.gov | 4/7/2025 1:32:01 AM | SENT |
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 4/7/2025 1:32:01 AM | SENT |
| John Sydow | 24127980 | john.sydow@oag.texas.gov | 4/7/2025 1:32:01 AM | SENT |
| Steven Stringfellow | | theexitparty@gmail.com | 4/7/2025 1:32:01 AM | SENT |